In the Matter of MORRIS BERMAN, Appellant, against BERNARD J. GILLROY, as Commissioner of Housing and Buildings of the City of New York, et al., Respondents.

Argued March 4, 1953; decided April 16, 1953.

*William M. Kunstler* for appellant.

*A. E. Garey* for American Federation of State, County and Municipal Employees, *amicus curiæ,* in support of appellant's position.

*Murray Silverman* for Community Councils of the City of New York, Inc., *amicus curiæ,* in support of appellant's position.

*Denis M. Hurley, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased. [See 305 N. Y. 797.]